## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| STEVEN BROOKS, DAVID CHAVEZ, and 1540 N. MILWAUKEE LLC d/b/a DSTRKT BAR & GRILL, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> COMMONWEALTH EDISON COMPANY d/b/a ComEd and EXELON CORPORATION, <br><br> Defendants. | Case No. 1:20-cv-04555 <br><br> Honorable Jorge L. Alonso |

### MOTION TO WITHDRAW APPEARANCE OF GAYLE E. LITTLETON

Pursuant to Local Rule 83.17, Defendant Commonwealth Edison Company ("ComEd") and Exelon Corporation ("Exelon") requests leave to withdraw the appearance of Gayle E. Littleton as counsel for ComEd and Exelon. In support thereof, ComEd and Exelon states as follows:

1. On September 2, 2020, Ms. Littleton entered an appearance on behalf of ComEd and Exelon as a Partner of Jenner & Block LLP.

2. Ms. Littleton is no longer a Partner at Jenner & Block LLP.

3. ComEd and Exelon will continue to be represented by the undersigned counsel of record from Jenner & Block LLP.

4. Neither party will be prejudiced by the withdrawal of the appearance of Ms. Littleton.

WHEREFORE, ComEd and Exelon respectfully requests that the Court enter an order granting leave to withdraw the appearance of Gayle E. Littleton as counsel for ComEd and Exelon.

Dated: November 18, 2020                    Respectfully submitted,

/s/ *Terrence J. Truax*
Terrence J. Truax
E. Glenn Rippie
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

*Counsel for Defendants Commonwealth Edison Company and Exelon Corporation*

## **CERTIFICATE OF SERVICE**

I, Terrence J. Truax, an attorney, certify that I caused copies of the foregoing **MOTION TO WITHDRAW APPEARANCE OF GAYLE E. LITTLETON** to be served on all counsel of record via the Court's electronic filing system.

    /s/ Terrence J. Truax
*Counsel for Defendants Commonwealth Edison Company and Exelon Corporation*